3174.   GARRETT & Co. *v.* BETTMAN, COHEN & Co.

HILL, C. J. The evidence so strongly supports the verdict that any error of law was immaterial and harmless.          *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Complaint; from city court of Tifton—Judge R. Eve. January 7, 1911.

*James II. Price,* for plaintiffs in error.

*R. D. Smith, J. J. Murray, Fulwood & Murray,* contra.